Nathan M. Smith (023471)
ARIANO & ASSOCIATES
2375 E. Camelback Rd.
Suite 600
Phoenix, Arizona 85016
Nathan@ariano.legal
O: (602)666-0050
F: (602)660-0277
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Amerein Lincoln, a married individual, | No. 2:17-cv-00597-ROS |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | Hon. Roslyn O. Silver |
| The Concentrix Corporation, a New York Corporation doing business in Arizona, Defenant, Inc., | |

    Please take notice that Plaintiff Amerein Lincoln hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated this 2nd day of May, 2017,

/s/Nathan M. Smith_____

Nathan M. Smith
Attorney for Plaintiff